UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD LUND,<br><br>         Plaintiff(s),<br><br>-against-<br><br>UNIFIN, INC,<br><br>         Defendants. | Civil Case No.: 2:21-cv-17536-SDW-ESK<br><br>NOTICE OF SETTLEMENT |

Please be advised that the above-captioned matter has been settled and a Stipluation of Dismissal will be filed shortly.

Dated: February 6, 2022

/s/ Joseph K. Jones
Joseph K. Jones, Esq.
JONES, CHULSKY & KESSLER, LLC
330 Mounts Corner Drive, Suite 417
Freehold, NJ 07728
Phone: (877) 827-3395
Fax: (877) 827-3394

*Attorney for Plaintiff*

SO ORDERED.

_____
Hon. Susan D. Wigenton
United States District Judge
Dated: February 7, 2022